UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

JACOB R. SHEMPER, Individually and on
behalf of all others similarly situated                    PLAINTIFF

VERSUS                                                     CIVIL ACTION NO. 2:10-cv-138-KS-MTP

BP P.L.C.; BP AMERICA INC.; BP PRODUCTS                    DEFENDANTS
NORTH AMERICA INC; BP AMERICA
PRODUCTION COMPANY; BP EXPLORATION
& PRODUCTION INC.; ANADRKO PETROLEUM
CORPORATION; MOEX OFFSHORE 2007, LLC;
TRANSOCEAN LTD.; TRANSOCEAN DEEPWATER,
INC.; TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC;
TRITON ASSET LEASING GmbH; HALLIBURTON
ENERGY SERVICES, INC.; CAMERON
INTERNATIONAL CORPORATION f/k/a
COOPER CAMERON CORPORATION; M-I, LLC;
WEATHERFORD INTERNATIONAL, LTD;
JOHN AND JANE DOES A-Z; and
CORPORATIONS A-Z

**HALLIBURTON ENERGY SERVICES, INC.'S
<u>MOTION TO DISMISS</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, Halliburton Energy Services, Inc. ("HESI"), pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and for the reasons more fully stated in the memorandum in support filed contemporaneously herewith, moves the Court to enter an order dismissing all claims asserted against HESI in the Class Action Complaint ("Complaint") on the grounds that the Court lacks subject matter jurisdiction over this case and that the counts alleged against HESI fail to state a claim upon which relief can be granted.

In the alternative, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure and for the reasons more fully stated in the memorandum in support filed contemporaneously herewith,

HESI moves the Court to enter an order requiring Plaintiff to state the claims alleged against HESI in a more definite and less vague and ambiguous manner, within fourteen (14) days of entry of the order.  The Complaint fails to aver with sufficient particularity any factual statements demonstrating Plaintiff's plausible entitlement to relief, including but not limited to any facts showing that HESI violated any duty to Plaintiff, that any HESI wrongdoing proximately caused Plaintiff's alleged damages, and the specific damages HESI allegedly caused.

Respectfully submitted this the 20th day of July, 2010.

**HALLIBURTON ENERGY SERVICES, INC.**

**Donald E. Godwin** (Texas Bar # 08056500)
LEAD COUNSEL
dgodwin@godwinronquillo.com

**Bruce W. Bowman, Jr.** (Texas Bar # 02752000)
Bbowman@godwinronquillo.com

**Jenny L. Martinez** (Texas Bar # 24013109)
Jmartinez@godwinronquillo.com

**Floyd Hartley, Jr.** (Texas Bar # 00798242)
*Pro Hac Vice motion to be filed.*
*ATTORNEY TO BE NOTICED*
Fhartley@godwinronquillo.com

**GODWIN RONQUILLO PC**
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

**R. Alan York** (Texas Bar # 22167500)
ayork@godwinronquillo.com

**GODWIN RONQUILLO PC**
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**Charles G. Copeland** (MBN 6516)
gcopeland@cctb.com

**COPELAND, COOK, TAYLOR, & BUSH, P.A.**
600 Concourse, Suite 100
1076 Highland Colony Parkway (39157)
P.O. Box 6020
Ridgeland, Mississippi 39158
Telephone (601) 856-7200
Facsimile (601) 856-7626

*s/David W. Stewart*
**David W. Stewart** (MBN 9040)
dstewart@cctb.com

**COPELAND, COOK TAYLOR, & BUSH, P.A.**
 2781 C.T. Switzer Sr. Drive, Suite 200
Biloxi, Mississippi 39531
Telephone (228) 863-6101
Facsimile (228) 868-9077

# CERTIFICATE OF SERVICE

I, DAVID W. STEWART, of the law firm of COPELAND, COOK, TAYLOR & BUSH, P.A., do hereby certify that I have this date electronically filed the foregoing Halliburton Energy Services, Inc *Halliburton Energy Services, Inc.'s Motion to Dismiss* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Michael Jacob Shemper at mjshemper@megagate.com
Joseph F. Rice at jrice@motleyrice.com
Kevin R. Dean at kdean@motleyrice.com
Ronald L. Motley at rmotley@motleyrice.com
Jason D. Watkins at watkinsjd@fpwk.com
W. Wayne Drinkwater, Jr. at wdrinkwater@babc.com
Jack L. Wilson at jwilson@babc.com
Richard P. Salloum at rps@frslaw.com
Robert C. Galloway at bob.galloway@butlersnow.com
G. Todd Burwell at tburwell@gtbpa.com

So certified, this the 20th day of July, 2010.

*s/David W. Stewart*
DAVID W. STEWART
Mississippi Bar No. 9040
dstewart@cctb.com

Charles G. Copeland
David W. Stewart
COPELAND, COOK,
TAYLOR & BUSH, P.A.
Post Office Box 10
Gulfport, MS 39502
(228) 863-6101
(228) 863-1844 (fax)